UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
CIVIL DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GREATER PENNSYLVANIA CARPENTERS' MEDICAL PLAN,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN BARTHOLOMEW and CASEY BARTHOLOMEW<br><br>Defendants. | No. 2:24 – CV - 00551 |

### CONSENT ORDER

**AND NOW,** this 20th day of November 2024, by and between Board of Trustees of the Greater PA Carpenters' Medical Plan, as Plaintiff, and Justin Bartholomew and Casey Bartholomew (also known as Casey Hause), as Defendants, the parties consent to the entry of Judgement and Order as follows:

### Recitals

A. Plaintiff initiated the above-captioned action by filing a complaint against the Defendants Justin Bartholomew and Casey Bartholomew on April 12, 2024.

B. Plaintiff seeks reimbursement for medical claims paid after Defendants failed to notify Plaintiff of their divorce dated December 8, 2020. Defendant Casey Bartholomew became ineligible to continue on Medical and Prescription coverage as Defendant Justin Bartholomew's dependent/spouse upon the entry of the Decree in Divorce on December 8, 2020. From the period of December 8, 2020 to May 15, 2023, the Plaintiff Plan paid $4,071.24 in medical benefits for Defendant Casey Bartholomew, during which she was not eligible for coverage.

1

C.  To date, Defendants have not retained counsel.

**AND NOW, THEREFORE, INTENDING TO BE LEGALLY BOUND HEREBY, THE PARTIES HERETO AGREE AS FOLLOWS:**

1. Plaintiff and Defendants enter this consent order to resolve the pending claim against Defendants and that they will pay Plaintiff in the amount of $9,071.24 ($4,071.24 reimbursement of claims paid plus $5,000.00 attorney fees and costs) in monthly installments for twenty four (24) consecutive months.

2. While Defendants are making installment payments, Plaintiff will not pursue a writ of execution to collect on the above sum.

3. As stated, the Defendants will begin making monthly installment payments on or before January 1, 2025, and on or before the first day of each month thereafter until paid in full. Defendant Justin Bartholomew shall pay $189.00 per month for twenty four months, totaling $4,536.00. Defendant Casey Bartholomew shall pay $189.00 per month for twenty four months, totaling $4,536.00.

4. Monthly payments shall be in the form of check or money order, made out to "Greater PA Carpenters' Medical Plan" and mailed to:

   Elizabeth F. Charles, Esq.
   Stephen J. O'Brien & Associates, LLC
   650 Ridge Road, Suite 400
   Pittsburgh, PA 15205

5. The Court shall record this consent order as a final judgement against the Defendants, and upon full payment the Plaintiff shall mark the docket as satisfied.

6. This Consent Order is enforceable by the parties and the failure to make full payment of the $9,071.24, or any installment, when due, shall entitle the Plaintiff Plan to pursue collection by all available means, including by writ of execution against Defendants.

7. Any installment payment not received within five (5) days of the 1st of each month shall be a Default and if not cured by payment before the 15th of the month then the Plaintiff may pursue collection of the total amount due by all available means, including by writ of execution against Defendants.

8. Should any provisions of this Consent Order be held invalid or unenforceable, the remainder of this Consent Order remains valid and enforceable and will not be affected.

9. Any notice required by this Consent Order is deemed effective upon mailing with a certificate of mailing, postal form 3817. Any notice required by this Consent Order shall not be effective unless it is delivered via U.S. Mail, postage prepaid, to the undersigned:

> **To the Plaintiff**:
> Elizabeth F. Charles, Esq.
> Stephen J. O'Brien & Associates, LLC
> 650 Ridge Road, Suite 400
> Pittsburgh, PA 15205
>
> **To the Defendant Justin Bartholomew:**
> Justin Bartholomew
> 4 Mehard Avenue
> Greenville, PA 16125
>
> **To the Defendant Casey Bartholomew:**
> Casey Hause
> 246 Clinton Street
> Greenville, PA 16125

10. This Consent Order may not be modified, altered, or amended except by an agreement in writing signed by all parties hereto.

11. The parties executing this Consent Order warrant that they have the power and authority to execute this Consent Order and that their signatures are binding upon them, their heirs or assignees.

12. This Consent Order may be executed in any number of duplicate originals or counterparts, each of which shall be deemed an original and taken together will constitute one and the same instrument. The parties agree that their respective signatures may be delivered by facsimile or email, and that facsimile, email signatures or authorized electronic "/s/" signatures will be treated as originals for all purposes.

13. This Consent Order shall be governed by, and construed in accordance with, the laws of the Commonwealth of Pennsylvania, without giving effect to its conflicts of laws principles.

**Agreed to this 20th day of November 2024**

/s/  Justin Bartholomew
Justin Bartholomew

/s/  Casey Hause
Casey Bartholomew

Elizabeth F. Charles, Esq.
Stephen J. O'Brien and Associates, LLC
650 Ridge Road, Suite 400
Pittsburgh, PA 15205
*Attorney for Plaintiff*

By the Court:

_____, J.